*PHILIP BRONK agt. JOHN W. CONKLIN and HANNAH [*7] CONKLIN

Service of a notice of retainer on plaintiff's attorney conditionally, does not en-title defendants' attorney to notice of retaxation of costs, unless the condition upon which the service was made has been complied with.

*December Term,* 1845.

MOTION by defendant Hannah Conklin, for a retaxation of plaintiffs' costs.

Declaration was served on the defendant Hannah Conklin, on the 1st day of August last: default was entered on the 23d, and record filed on the 30th of the same month. Defendants' attorney stated that he served a notice of retainer on plain-

tiff's attorney on the 18th of August last, and that he had never been served with notice of taxation of costs. Plaintiff's attorney stated that defendants' attorney left a notice of retainer with him conditionally, that in case a plea of said Hannah Conklin was served on him, that then defendants' attorney wished the notice of retainer left with him to be considered served, and not otherwise; the plea not having been served, the notice of retainer was considered by plaintiff's attorney not served, and he gave no notice of taxation of costs.

C. C. Wasson, *defendants' counsel and attorney.*

J. C. Wright, *plaintiff's counsel.*

J. S. Frost, *plaintiff's attorney.*

Jewett, Justice. Held, the notice of retainer not served, and denied the motion with costs.